## Louis Rosenbluth, trading as Anchor Mills, Appellant, v. Heintz Food Company of Illinois, Appellee.

### Gen. No. 22,545. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN K. PRINDIVILLE, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed January 8, 1917. Rehearing denied January 22, 1917.

### Statement of the Case.

Action by Louis Rosenbluth, trading as the Anchor Mills, plaintiff, against Heintz Food Company of Illinois, a corporation, defendant, to recover for flour sold and delivered at various times to defendant. From a judgment for defendant for $66.44 on a claim of set-off, plaintiff appeals.

RICHARD T. MUNZER, for appellant.

No appearance for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. SALES, § 401*—*when evidence is sufficient to sustain claim of set-off.* In an action to recover for the value of flour sold where defendant interposed a set-off claiming damages suffered by it by reason of the fact that plaintiff failed to deliver winter wheat flour as required by the contract, and in its stead had delivered corn flour, causing loss of two batches of biscuits, in the making of which the corn flour was used, evidence *held* sufficient to sustain the claim of set-off.

2. APPEAL AND ERROR, § 1414*—*when finding of trial court upon conflicting evidence will not be disturbed.* The finding of a trial court upon conflicting evidence will not be disturbed on appeal where such finding is not contrary to the probative force of the evidence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.